**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TED VANZYL

    Plaintiff,

CASE NO.: 8:14-cv-00234-CEH-EAJ

v.

NCO FINANCIAL SYSTEMS, INC.

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO FINANCIAL SYSTEMS, INC. ("NCO"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    /s/ Dayle M. Van Hoose
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    Rachel A. Morris, Esq.
    Florida Bar No. 0091498
    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
    3350 Buschwood Park Drive, Suite 195
    Tampa, FL 33618
    Telephone: (813) 890-2463
    Facsimile: (866) 466-3140
    dvanhoose@sessions-law.biz

ramorris@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of July 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

W. John Gadd, Esq.
Bank of America Buiding
2727 Ulmerton Road – Suite 250
Clearwater, Florida 33762

/s/ Dayle M. Van Hoose
Attorney